

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CV–13–452

RHODIS SMITH

APPELLANT

V.

HERSCHEL LOVELACE and VENITA
LOVELACE

APPELLEES

Opinion Delivered March 19, 2014

APPEAL FROM THE PULASKI
COUNTY CIRCUIT COURT,
NINTH DIVISION
[NO. PR–2009–49]

HONORABLE MARY SPENCER
McGOWAN, JUDGE

SUPPLEMENTATION OF THE
ADDENDUM ORDERED

## ROBERT J. GLADWIN, Chief Judge

Rhodis Smith appeals the Pulaski County Circuit Court's February 4, 2013 order denying his petition seeking to remove the appellees, Herschel and Venita Lovelace, as guardians of his grandson (M.R., age 5) and to have himself appointed as guardian. On appeal, he contends that the circuit court clearly erred by denying his petition. We order supplementation of the addendum.

Arkansas Supreme Court Rule 4–2(a)(8)(A)(i) (2013) requires that the addendum to the appellant's brief include the pleadings on which the circuit court decided each issue, specifically identifying the complaint and answer. Also to be included are all motions, responses, replies and exhibits. *Id*. A review of appellant's brief reveals that appellant failed to include several pleadings in the addendum; specifically, the motions to dismiss and for

summary judgment, the responses thereto, and supporting affidavits and statements filed by both parties are not included. We order supplementation of the addendum pursuant to Arkansas Supreme Court Rule 4–2(b)(4), giving appellant seven calendar days to provide the additional materials from the record to the members of the appellate court. The pleadings and materials listed herein are not to be taken as an exhaustive list of deficiencies; appellant should carefully review the rules and ensure that no other deficiencies exist.

Supplementation of the addendum ordered.

WALMSLEY and WHITEAKER, JJ., agree.

*Darrell F. Brown, Jr.*, for appellant.

No response.